UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,                           Case No. 18-cr-20599
                                            Hon. Matthew F. Leitman
v.

DEANGELO MONTEZ TALTON,

     Defendant

_____/


## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S *EX PARTE* SEALED MOTION FOR ISSUANCE OF A RULE 17(C) SUBPOENA DUCES TECUM (ECF #8)

On November 5, 2018, Defendant Deanglo Montez Talton filed an *ex parte* sealed motion for issuance of a Rule 17(c) subpoena. (*See* ECF #8.)  For the reasons stated on the record during a sealed, *ex parte* status conference on January 9, 2019, the motion is **GRANTED IN PART AND DENIED IN PART** as follows.  Counsel for Talton may issue and serve a subpoena on third-party Hi-Tech Protection Security.  The subpoena shall compel Hi-Tech to produce the documents identified in sub-paragraphs 5 and 7 of paragraph 5 of the sealed motion. (*See id.* at Pg. ID 26.)  Counsel shall give Hi-Tech two weeks to respond to the subpoena and shall direct Hi-Tech to deliver the requested documents to this Court's chambers in Flint,

Michigan.  The motion is **DENIED** with respect to all other categories of documents

identified in the motion.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2019

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on January 9, 2019, by electronic means and/or
ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764