UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,                          Case No. 18-cr-20599
                                           Hon. Matthew F. Leitman

-vs-

**DEANGELO MONTEZ TALTON**,

    Defendant.
_____/

### EX PARTE ORDER FOR SERVICE OF SUBPOENAS BY THE U.S. MARSHAL AT GOVERNMENT EXPENSE

**UPON** ex parte motion of the Defendant and pursuant to 18 USC §3006A, and the Court having previously determined that Defendant is indigent,

**IT IS HEREBY ORDERED** that the U.S. Marshal shall serve the subpoenas provided by the Defendant on the following individuals:

    1.    Timothy Johnson
           Hi-Tech Protection d/b/a Hi-Tec Protection
           3113 Lippincott Blvd.
           Flint, MI 48507

**IT IS FURTHER ORDERED** that the service of subpoenas shall be at government expense.

                                       /s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: July 10, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764